IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | :CRIMINAL NO. |
| v. | :VIOLATION: 21 U.S.C. § 841(A)(1) |
| DWIGHT ANTHONY GODDARD a/k/a "Tony" | 18 U.S.C. § 2 |

Filed at _____ M
DATE  5/2/01
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## P L E A

I, DWIGHT ANTHONY GODDARD, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _Not Guilty_ this _2nd_ day of _May_, 2001.

X _Dwight Goddard_
DWIGHT ANTHONY GODDARD - DEFENDANT

_Robert L Mack_
ATTORNEY FOR DEFENDANT

_[signature]_
ASSISTANT UNITED STATES ATTORNEY

