5:01-CR-10

5/30/05

Dear: MR. CHarlene A. Lunsford
U.S. Deputy Clerk

RECEIVED
CLERK'S OFFICE
2005 JUN -3 AM 9:57
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

My Name is "MR. DwighT A. Goddard," AN I'm writeing To you abouT, My dicket Record's, IF you Could Send me A Copy oF iT THank you. My dicket Number is #02-10962-HH, I would be very welcome, MR. CHarlene A. Lunsford

your's Truly
Mr. Dwight Goddard