# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DWIGHT GODDARD,** : | |
| : | |
| **Petitioner-Defendant** : | |
| : | |
| v. : | 5:04-CV-167 (WDO) |
| : | 5:01-CR-10 (WDO) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny Petitioner's motions to reconsider the Court's previous denial of Petitioner's habeas petition. After carefully reviewing the Recommendation, and Petitioner's objections thereto, the Court HEREBY DENIES Petitioner's motions for reconsideration.

**SO ORDERED** this 3rd day of November, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**