IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DWIGHT ANTHONY GODDARD, | * | |
| Petitioner, | * | CASE NO. 5:04-CV-167-1-WDO |
| | | 28 U.S.C. § 2255 |
| VS. | * | |
| | | CASE NO. 5:01-CR-0010-WDO |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

**ORDER DENYING MOTION
FOR LEAVE TO FILE OBJECTIONS**

Judgment of conviction and sentence upon Petitioner Goddard's plea of guilty to Possession With Intent to Distribute Cocaine Base(Crack Cocaine) in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B) & 18 U.S.C. § 2, was entered on February 13, 2002. (Docket #35). Petitioner appealed a reserved Motion To Suppress and the Eleventh Circuit Court of Appeals affirmed the District Court on January 2, 2003. (Docket #40). Thereafter, on May 25, 2004, Petitioner filed a Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255 (Docket 41), which this court denied August 18, 2004, finding the same to be barred by the AEDPA one-year period of limitations. (Docket # # 43, 45, 46). On July 11, 2005, Petitioner Goddard filed a Motion For Reconsideration and amended the same on September 6, 2005. (Docket # # 54, 56). The district court denied Petitioner's Motion For Reconsideration on November 3, 2005. (Docket # 57, 59). Petitioner appealed but the District Court and the Eleventh Circuit Court of Appeals denied Petitioner a Certificate of Appealability on January 18, 2006 and March 29 2006, respectively. (Docket # # 68, 72).

Petitioner Goddard filed, on May 1, 2006, a Motion (For Leave) To File Objections To The Magistrate Judge's Reports and Recommendations. (Docket # 73).

The record reflects that Petitioner Goddard filed Objections to the Magistrate Judge's original Report and Recommendation (Docket #43) in this action on June 30, 2004 (Docket # 44), and he filed Objections to the Report and Recommendation on his Motion For Reconsideration on October 6, 2005. (Docket # 58).

This action has been closed since the Eleventh Circuit Court of Appeals denied Petitioner a Certificate of Appealability on March 29, 2006. Petitioner's Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255 has been afforded full and fair consideration. His motion for leave to file further objections after the close of the case is therefore DENIED.

SO ORDERED this 14th day of September 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE