**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**DWIGHT ANTHONY GODDARD,**     **:**
                               **:**
      **Petitioner,**            **:**
                               **:**
         **v.**                  **:**       **5:01-CR-10-(WDO)**
**UNITED STATES OF AMERICA,**     **:**       **5:06-CV-374 (WDO)**
                               **:**
      **Respondent**          **:**

**ORDER**


This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny Petitioner's habeas petition as untimely. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.


**SO ORDERED this 3rd day of January 2007.**


**s/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**