# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **DWIGHT ANTHONY GODDARD,** | : | |
| **Petitioner,** | : | |
| v. | : | 5:01-CR-10-(WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## ORDER

This matter is before the Court on Petitioner's motion for a free copy of certain transcripts in the record based, presumably, on his intent to file another habeas petition. Because Petitioner has filed several habeas petitions that have been dismissed as having no legal or factual merit, this Court cannot certify that another habeas petition "is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C.A. § 753(f). Petitioner may contact the Clerk of Court regarding the costs for copying the documents he needs. The Clerk of Court will thereafter inform Petitioner how much his copying will cost. After Petitioner submits the full amount of the copying fee, the Clerk of Court will thereafter make and send Petitioner the copies he requests.

**SO ORDERED this 17th day of April, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**

1