**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **DWIGHT ANTHONY GODDARD,** | : | |
| Petitioner, | : : | |
| v. | : : | Case No. 5:08-CV-90015(HL) |
| **UNITED STATES OF AMERICA,** | : : | 28 U.S.C. § 2255 Case No. |
| Respondent. | : : | 5:01-CR-10(HL) |

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 114) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 100). The R&R recommends denying the Motion. Petitioner has filed an Objection (Doc. 119).[1] Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 1st day of July, 2009.

                                                *s/ Hugh Lawson*
                                              **HUGH LAWSON, Judge**

dhc

---

[1] The clerk's office docketed Doc. 115 as an Objection, but it is not an actual objection. Doc. 119 is Petitioner's only Objection.