# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

DWIGHT ANTHONY GODDARD,

    Petitioner,

v.

    Civil Action No.
    5:01-cr-10 (HL)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Before the Court is the motion to proceed on appeal IFP (Doc. 140) filed by Petitioner Dwight Anthony Goddard ("Goddard"). Goddard seeks to appeal this Court's order denying his motion for reconsideration of its order denying his 28 U.S.C. § 2255 petition for writ of habeas corpus. Title 28 U.S.C. § 2253(c)(1)(B) states that an appeal may not be taken to the court of appeals from the final order in a proceeding under section 2255 unless a certificate of appealability ("COA") is issued. The Court construes Goddard's motion as a request for a COA.

A COA may issue only if the applicant makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542, (2000). For the reasons stated in Magistrate Judge G. Mallon Faircloth's recommendation (Doc. 114), this Court's

order accepting the same (Doc. 122), and this Court's order denying the motion for reconsideration (Doc. 136), the Court concludes reasonable jurists could not find that a dismissal of Goddard's claims was debatable or wrong. Accordingly, it is ordered that Goddard's motion (Doc. 140), construed as an application for a COA, be denied.

**SO ORDERED**, this the 7th day of July, 2011.

>	*s/ Hugh Lawson*
>	**HUGH LAWSON, SENIOR JUDGE**

lmc