**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 5:01-CR-00010-CAR-CHW-1 |
| DWIGHT ANTHONY GODDARD | |

**NOTICE OF APPEARANCE**

Comes now the undersigned counsel, Harvey Gee, who enters his appearance as appellate counsel on behalf of the Defendant-Appellant **MR. DWIGHT ANTHONY GODDARD** in the above-styled case. All future notices of filings and proceedings should be directed to him.

Dated this 26th day of February, 2013.

Respectfully submitted,

Cynthia W. Roseberry – Executive Director
Federal Defender Program – Middle District of Georgia

By:      s / Harvey Gee
HARVEY GEE
D.C. Bar No. 483652
Appellate Counsel for Mr. Goddard
Federal Defenders of the
Middle District of Georgia, Inc.
323 Pine Avenue, Suite 400
Albany, Georgia 31701
Tel: (229) 435-6162
Fax: (229) 435-0485
E-mail: Harvey_Gee@fd.org

## CERTIFICATE OF SERVICE

I, Harvey Gee, hereby certify that on February 26, 2013, caused the foregoing *Notice of Appearance* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

s / Harvey Gee
HARVEY GEE
D.C. Bar No. 483652
Appellate Counsel for Mr. Goddard
Federal Defenders of the
Middle District of Georgia, Inc.
323 Pine Avenue, Suite 400
Albany, Georgia 31701
Tel: (229) 435-6162
Fax: (229) 435-0485
E-mail: Harvey_Gee@fd.org
