UNITED STATES DISTRICT COURT

OF MACON GEORGIA

RECEIVED
CLERKS OFFICE
2013 APR 17 AM 8:35
MIDDLE ... GIA

Dwight A. Goddard, )  Case No: 5:01-cr-00010
) car-Chw-1
)
V. )
)
)
UNITED STATES OF AMERICA, )  Motion to Dismiss Attorney
)

MOTION TO DISMISS ATTORNEY

Comes Now, Dwight A. Goddard, filing this Motion Pro SE, to have said attorney HARVEY GEE Dismissed from any and all duties that he was asigned too. This would be for personal reasons only as I have ask to have things done and he refused.

I will do my own appeal Pro Se because it is best that the proper filings be made. I am respectfully asking for any Rules or Documents that I may need to proceed.

CERTIFICATE OF SERVICE

I do solemnly swear that all is true to the best of my knowledge, and I know about the penalties of perjury. Mail on this 11th day of April, in the prison Mail Box.

Also Mail to all parties;

_Dwight Goddard_
Dwight A. Goddard

UNITED STATES ATTORNEY'S OFFICE       Federal Defenders Office
475 Mulberry Street,         AND      323 Pine Avenue,
Macon, Ga   31201                     Suite 400
                                      Albany, Ga   31701

Jason Clev
422087
Rayotto - Kentucky
expire
6-27-2014